IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          No. 4:04CR00291-01 JLH

BOBBY GLENN BANKS                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion to vacate, set aside, or correct a sentence by a person in federal custody filed by Bobby Glenn Banks pursuant to 28 U.S.C. § 2255 is dismissed with prejudice.

IT IS SO ORDERED this 9th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE